UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

IN RE:

STORM SHIELD, LLC

      Debtor.                              CASE NO. 2:22-bk-01242-FMD
                                                      Chapter 7

_____/

## NOTICE OF APPEARANCE ON BEHALF OF CREDITORS
## JOHNNY HESS AND LINDA HESS

The undersigned hereby gives notice that he is appearing as counsel on behalf of Creditors, Johnny and Linda Hess, in the instant bankruptcy case, and that all future pleadings, notices and orders should be served upon the undersigned via CM/ECF – Next Gen electronic mail.

Dated: January 30, 2023

                                                                             */s/ Gregory A. Champeau*
                                                                             Gregory A. Champeau
                                                                             Florida Bar No. 602531
                                                                             Champeau Law, P.A.
                                                                             999 Vanderbilt Beach Rd., Suite 232
                                                                             Naples, FL 34108
                                                                             Telephone: 239-325-1823
                                                                             greg@champeaulaw.com

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished via CM/ECF / Next Gen electronic mail, this 30th day of January 2023, to:

United States Trustee
Chapter 7 Trustee
All Attorneys of Record


*/s/ Gregory A. Champeau*
Gregory A. Champeau